MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Michael Bailey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL BAILEY,<br><br>　　　　Defendants. | Case No.: 2:14-cr-00207-MCE-1<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　Defendant Michael Bailey by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, September 18, 2014 at 9:00 a.m. to Thursday, October 23, 2014 at 9:00 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

　　　This is the first status conference before the District Court. The continuance is requested to allow the defense time to review the discovery that is expected to be received as well as discuss the matter with Mr. Bailey and work towards a settlement. Further, the defense needs to determine if an expert is required to review the forensic evidence.

　　　It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

1

| | |
|---|---|
| Dated: September 15, 2014 | The CHASTAINE LAW OFFICE |
| | By: ____/s/ Michael Chastaine_____<br>MICHAEL CHASTAINE<br>Attorney for Michael Bailey |
| Dated: September 15, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: ____/s/ Matthew Morris_____<br>MATTHEW MORRIS<br>Assistant U.S. Attorney |

**ORDER**

The status conference scheduled for Thursday, September 18, 2014 at 9:00 a.m. is CONTINUED to Thursday, October 23, 2014 at 9:00 a.m. and the period from September 18, 2014 to October 23, 2014 is EXCLUDABLE from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).  It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  September 17, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT