MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Michael Bailey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL BAILEY,<br><br>        Defendants. | Case No.: 2:14-cr-00207-MCE-1<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

    Defendant Michael Bailey by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, October 23, 2014 at 9:00 a.m. to Thursday, December 11, 2014 at 9:00 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

    The Government is releasing additional discovery that includes audio and video records.  This information needs to be reviewed and discussed with Mr. Bailey.  Additional time is required to achieve this. Further, the defense needs additional time to determine if an expert is required to review the forensic evidence.

    It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: October 21, 2014					The CHASTAINE LAW OFFICE

						By:  ___/s/ Michael Chastaine___
						    MICHAEL CHASTAINE
						    Attorney for Michael Bailey

Dated: October 21, 2014					BENJAMIN B. WAGNER
						United States Attorney

						By:  ___/s/ Matthew Morris___
						    MATTHEW MORRIS
						    Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

The status conference scheduled for Thursday, October 23, 2014 at 9:00 a.m. is CONTINUED to Thursday, December 11, 2014 at 9:00 a.m. and that the period from October 23, 2014 to December 11, 2014 is EXCLUDABLE from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT