MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Michael Bailey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL BAILEY,<br><br>　　　　Defendants. | Case No.: 2:14 CR 207 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

　　　Defendant Michael Bailey by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, December 11, 2014 at 9:00 a.m. to Thursday, February 19, 2015 at 9:00 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

　　　The Government has released additional discovery that includes audio and video records. This information needs to be reviewed and discussed with Mr. Bailey.  Further, Mr. Bailey has had significant medical issues in the past.  Counsel is in the process of obtaining and reviewing such records in order to make a presentation to the government regarding 3553 factors that may impact the resolution of this matter. Additional time is required to achieve this. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: December 10, 2014             The CHASTAINE LAW OFFICE

                                     By:    /s/ Michael Chastaine
                                            MICHAEL CHASTAINE
                                            Attorney for Michael Bailey

Dated: December 10, 2014             BENJAMIN B. WAGNER
                                     United States Attorney

                                     By:    /s/ Matthew Morris
                                            MATTHEW MORRIS
                                            Assistant U.S. Attorney

ORDER

    GOOD CAUSE APPEARING, in that it is the stipulation of the parties, IT IS HEREBY ORDERED that the status conference scheduled for Thursday, December 11, 2014 at 9:00 a.m. be continued to Thursday, February 19, 2015 at 9:00 a.m. and that the period from December 11, 2014 to February 19, 2014 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated:  December 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT