MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Michael Bailey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL BAILEY,<br><br>　　　　　Defendants. | Case No.: 2:14 CR 207 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　Defendant Michael Bailey by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, February 19, 2015 at 9:00 a.m. to Thursday, March 26, 2015 at 9:00 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

　　　Counsel for Mr. Bailey has just completed a four week jury trial. The Government has released a relatively large amount of discovery that includes audio and video recordings.  This information is being reviewed and needs to be discussed with Mr. Bailey.  Further, Mr. Bailey has had significant medical issues in the past.  Counsel is still in the process of obtaining and reviewing such records in order to make a presentation to the government regarding 3553 factors that may impact the resolution of this matter. Additional time is required to achieve this. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: February 18, 2015                               The CHASTAINE LAW OFFICE

                                              By:    /s/ Michael Chastaine
                                                     MICHAEL CHASTAINE
                                                     Attorney for Michael Bailey


Dated: February 18, 2015                               BENJAMIN B. WAGNER
                                                       United States Attorney


                                              By:    /s/ Matthew Morris
                                                     MATTHEW MORRIS
                                                     Assistant U.S. Attorney


ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS HEREBY ORDERED that the status conference scheduled for Thursday, February 19, 2015 at 9:00 a.m. is continued to Thursday, March 26. 2015 at 9:00 a.m. and that the period from February 19, 2015to March 26, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  February 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT