MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Michael Bailey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>MICHAEL BAILEY,<br><br>         Defendants. | Case No.: 2:14 CR 207 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

    Defendant Michael Bailey by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, May 7, 2015 at 9:00 a.m. to Thursday, June 18, 2015 at 9:00 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

    The defense has been reviewing the discovery provided by the Government including audio and video records.  The defense has also been putting together medical records regarding Mr. Bailey and head injuries that he has suffered.  The defense proposes to have the records revaluated by an expert to assist in his defense. Counsel is in the process of obtaining and reviewing such records in order to make a presentation to the government regarding 3553 factors that may impact the resolution of this matter. Additional time is required to achieve this. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 5, 2015                The CHASTAINE LAW OFFICE

                                  By:    /s/ Michael Chastaine
                                        MICHAEL CHASTAINE
                                        Attorney for Michael Bailey


Dated: May 5, 2015                BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:    /s/ Matthew Morris
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney


ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties, IT IS HEREBY ORDERED that the status conference scheduled for Thursday, May 7, 2015 at 9:00 a.m. be continued to Thursday, June 18, 2015 at 9:00 a.m. and that the period from May 7, 2015 to June 18, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT