BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-207 |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MICHAEL BAILEY, | DATE: June 18, 2015 TIME: 9:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on June 18, 2015.

2.     By this stipulation, defendant now moves to continue the status conference until July 30, 2015, and to exclude time between June 18, 2015, and July 30, 2015, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes nearly 500 pages and several DVDs containing audio or video files and digital devices seized as part of the investigation. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, except for items that the government alleges contain child pornography.  See 18 U.S.C. § 3509(m).

b)      Counsel for defendant desires additional time to obtain and review medical records of the defendant and to provide relevant excerpts, if necessary, to the government.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 18, 2015 to July 30, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

1        4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5

6

7    Dated:  June 16, 2015                          BENJAMIN B. WAGNER
                                                 United States Attorney

8

9                                             /s/ MATTHEW G. MORRIS
                                       MATTHEW G. MORRIS

10                                          Assistant United States Attorney

11

12   Dated:  June 16, 2015                          /s/ MICHAEL CHASTAINE
                                       MICHAEL CHASTAINE

13                                          Counsel for Defendant
                                       MICHAEL BAILEY

14

15

16                                     **ORDER**

17       IT IS SO ORDERED.

18   Dated:  June 17, 2015

19

20                               MORRISON C. ENGLAND, JR., CHIEF JUDGE
                            UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28