MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Michael Bailey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>MICHAEL BAILEY,<br><br>             Defendants. | Case No.: 2:14 CR 207 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

    Defendant Michael Bailey by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and agree to continue the status hearing in the above-captioned case from Thursday, December 10, 2015 at 9:00 a.m. to Thursday, January 7, 2016 at 9:00 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

    The Defense has provided the Government a large volume of medical records for its consideration.  The Government has reviewed said documents and is in the process of drafting a plea agreement for a potential resolution.  The defense has been continuing its investigation and needs additional time to review the results with Mr. Bailey and discuss his various options.  These voluminous medical records need to be examined and reviewed and assessed in the evaluation of 3553 factors.  Additional time is required to achieve this. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

1

Dated: December 8, 2015                             The CHASTAINE LAW OFFICE

                                       By:     /s/ Michael Chastaine
                                                MICHAEL CHASTAINE
                                                Attorney for Michael Bailey


Dated: December 8, 2015                             BENJAMIN B. WAGNER
                                                    United States Attorney

                                       By:     /s/ Matthew Morris
                                                MATTHEW MORRIS
                                                Assistant U.S. Attorney


## ORDER

Good cause appearing, in that it is the stipulation of the parties, it is hereby ordered that the status conference scheduled for Thursday, December 10, 2015 at 9:00 a.m. is continued to Thursday, January 7, 2016 at 9:00 a.m. and that the period from December 10, 2015 to January 7, 2016 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  December 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT