MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Michael Bailey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL BAILEY,<br><br>　　　　Defendants. | Case No.: 2:14 CR 207 GEB<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERNCE |

　　　Defendant Michael Bailey by and through his attorney, Michael Chastaine, and the United States, by and through Assistant United States Attorney Matthew Morris, hereby stipulate and agree to continue the status hearing in the above-captioned case from Friday, April 1, 2016 at 9:00 a.m. to Friday, May 20, 2016 at 9:00 a.m.  It is further stipulated that the above referenced time period should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

　　　The Defense has provided the Government a large volume of medical records for its consideration.  The defense has also made an offer to resolve the case. The Government has reviewed said documents and is in the process considering the defense counter-offer for a potential resolution.  The defense has been continuing its investigation and needs additional time to review the results with Mr. Bailey and discuss his various options.  These voluminous medical records need to be examined and reviewed and assessed in the evaluation of 3553 factors. Additional time is required to achieve this. It is further agreed and stipulated that the ends of

1

justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 29, 2016                    The CHASTAINE LAW OFFICE

                                         By:  ____/s/ Michael Chastaine
                                              MICHAEL CHASTAINE
                                              Attorney for Michael Bailey

Dated: March 29, 2016                    BENJAMIN B. WAGNER
                                         United States Attorney

                                         By:  ____/s/ Matthew Morris
                                              MATTHEW MORRIS
                                              Assistant U.S. Attorney

                                ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, April 1, 2016 at 9:00 a.m. be continued to Friday, May 20, 2016 at 9:00 a.m. and that the period from April 1, 2016 to May 20, 2016 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). It is further found that that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  March 30, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge