PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>MICHAEL BAILEY,<br><br>                    Defendant. | CASE NO.  2:14-CR-207<br><br>AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE RESTITUTION HEARING<br><br>DATE: December 2, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

By previous order, this matter was set for a restitution hearing on December 2, 2016.  The parties, by and through their undersigned attorneys, stipulate that:

Three requests for restitution have been received.

Additional time would permit the government to confer with those individuals about the impact of the case *United States v. Galan*, 804 F.3d 1287 (9th Cir 2015) on those requests.

A continuance to January 6, 2017, would permit the parties to investigate and narrow the issues, if any, that will be presented to the court for consideration.

That the restitution hearing be continued to January 6, 2017 at 9:00 a.m.

///

///

///

///

SO STIPULATED.

Dated: December 1, 2016                PHILLIP A. TALBERT
                                       United States Attorney


                                       By: /s/ MATTHEW G. MORRIS
                                           MATTHEW G. MORRIS
                                           Assistant United States Attorney

Dated: December 1, 2016                By: /s/ MICHAEL CHASTAINE
                                           MICHAEL CHASTAINE
                                           Attorney for Michael Bailey


SO ORDERED.

Dated: December 1, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge