PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-207 |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| MICHAEL BAILEY, | DATE: January 6, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

By prior order, this case is set for a restitution hearing on January 6, 2017. The parties, by and through their respective undersigned attorneys, stipulate and agree that:

Three restitution requests have been received by the government. The government is reviewing those requests, in light of recent case law, and attempting to determine the appropriate restitution amounts. Additional time will permit the parties to evaluate the requests and to confer with each other and with the victims who submitted the requests, so that the issue can be more thoroughly briefed for the Court.

Accordingly, the parties stipulate and agree that the restitution hearing scheduled for January 6, 2017, be continued to February 10, 2017.

///

///

///

STIPULATION TO CONTINUE RESTITUTION HEARING        1

SO STIPULATED.

Dated: January 5, 2017	PHILLIP A. TALBERT
	United States Attorney

	By: /s/ MATTHEW G. MORRIS
	MATTHEW G. MORRIS
	Assistant United States Attorney

Dated: January 5, 2017	By: /s/ MICHAEL CHASTAINE
	MICHAEL CHASTAINE
	Attorney for Michael Bailey

**SO ORDERED.**

**Dated: January 6, 2017**

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION TO CONTINUE RESTITUTION HEARING    2