PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-207 |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE RESTITUTION HEARING |
| v. | DATE: April 7, 2017 |
| MICHAEL BAILEY, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

By prior order, this case is set for a restitution hearing on April 7, 2017. The parties, by and through their respective undersigned attorneys, stipulate and agree that:

Three restitution requests were originally received by the government. One victim has withdrawn the request for restitution.

The government is discussing the status of the case and reviewing the remaining requests, in light of recent case law, and attempting to determine the appropriate restitution amounts. Additional time will permit the parties to evaluate the requests and to confer with each other and with the victims who submitted the requests, so that the issue can be more thoroughly briefed for the Court.

Accordingly, the parties stipulate and agree that the restitution hearing scheduled for April 7, 2017, be continued to April 28, 2017.

///

///

STIPULATION TO CONTINUE RESTITUTION HEARING        1

**SO STIPULATED.**

Dated: April 6, 2017                              PHILLIP A. TALBERT
                                                  United States Attorney

                                           By:   /s/ MATTHEW G. MORRIS
                                                  MATTHEW G. MORRIS
                                                  Assistant United States Attorney

Dated: April 6, 2017                       By:   /s/ MICHAEL CHASTAINE
                                                  MICHAEL CHASTAINE
                                                  Attorney for Michael Bailey

**SO ORDERED.**

Dated: April 7, 2017

                                                  _____
                                                  GARLAND E. BURRELL, JR.
                                                  Senior United States District Judge