PHILLIP A. TALBERT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL BAILEY, <br><br> Defendant. | CASE NO. 2:14-CR-207 <br><br> STIPULATION AND PROPOSED ORDER TO CONTINUE RESTITUTION HEARING <br><br> DATE: April 28, 2017 <br> TIME: 9:00 a.m. <br> COURT: Hon. Garland E. Burrell, Jr. |

By prior order, this case is set for a restitution hearing on April 28, 2017. The parties, by and through their respective undersigned attorneys, stipulate and agree that:

Three restitution requests were originally received by the government. One victim has withdrawn the request for restitution.

The government is discussing the status of the case and reviewing the remaining requests, in light of recent case law, and attempting to determine the appropriate restitution amounts. Additional time will permit the parties to evaluate the requests and to confer with each other and with the victims who submitted the requests, so that the issue can be more thoroughly briefed for the Court.

Accordingly, the parties stipulate and agree that the restitution hearing scheduled for April 28, 2017, be continued to May 26, 2017.

///

///

**SO STIPULATED.**

Dated: April 27, 2017          PHILLIP A. TALBERT
                               United States Attorney

                          By:  /s/ MATTHEW G. MORRIS
                               MATTHEW G. MORRIS
                               Assistant United States Attorney


Dated: April 27, 2017     By:  /s/ MICHAEL CHASTAINE
                               MICHAEL CHASTAINE
                               Attorney for Michael Bailey

**SO ORDERED.**

**Dated: April 28, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge