1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-207 |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE RESTITUTION HEARING |
| v. | DATE: August 4, 2017 |
| MICHAEL BAILEY, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

By prior order, this case is set for a restitution hearing on August 4, 2017. The parties, by and through their respective undersigned attorneys, stipulate and agree that:

Three restitution requests were originally received by the government. One victim has withdrawn the request for restitution.

The parties have conferred by email, phone, and letter in an attempt to reach an agreement about restitution, but so far have not been able to do so. The parties have also sought input from the attorneys for the victims. While an agreement might still be reached, the issues have been narrowed enough that the parties believe that focused briefing is now appropriate.

Accordingly, the parties stipulate and agree that the restitution hearing scheduled for August 4, 2017, be continued to September 1, 2017. Both parties will file simultaneous briefs on restitution no later than August 18, 2017. Both parties will file simultaneous reply briefs no later than August 25, 2017. If necessary, a non-evidentiary hearing will be held in September 1, 2017.

**SO STIPULATED.**

Dated: August 3, 2017                    PHILLIP A. TALBERT
                                         United States Attorney

                                    By:  /s/ MATTHEW G. MORRIS
                                         MATTHEW G. MORRIS
                                         Assistant United States Attorney


Dated: August 3, 2017               By:  /s/ MICHAEL CHASTAINE
                                         MICHAEL CHASTAINE
                                         Attorney for Michael Bailey


**SO ORDERED.**

**Dated: August 4, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge