HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I St. Third Floor
Sacramento, CA 95814
Telephone: 916-498-5700/Fax: 916-498-5710
Noa_oren@fd.org

Attorneys for Defendant
MICHAEL BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-207-GEB |
|---|---|
| Plaintiff, | **ORDER TO FILE UNDER SEAL - EXHIBIT C TO MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. §3582(C)(1)(A)(I) COMPASSIONATE RELEASE** |
| vs. | |
| MICHAEL BAILEY, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit C - Mr. Michael Bailey's Medical Records is GRANTED so that the medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Defendant's Request, sealing Exhibit C serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing Exhibit C that would adequately protect the compelling interests identified by Defendant.

///

///

1      These documents shall remain under seal until further Order of the Court.

2      IT IS SO ORDERED.

3 Dated: November 17, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE