

**U. S. Department of Justice**

**Federal Bureau of Prisons**

*Federal Correctional Institution*

---

*Office of the Warden*

*1299 S. Seaside Avenue*
*Terminal Island, CA 90731*

August 1, 2023

**FILED**

AUG 14 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

The Honorable Garland E. Burrell Jr.
Robert T. Matsui Federal Courthouse
501 I Street, Room 4-200
Sacramento, California 95814

RE:    Bailey, Michael
       Register Number: 71713-097
       Docket Number: 0972 2:14CR00207-1 *MCE*

Dear Judge Burrell Jr:

        This is to inform you that Michael Bailey, Register Number 71713-097, passed away on July 31, 2023, at approximately 11:45 a.m. The preliminary cause of death is cardiopulmonary arrest.

        Mr. Bailey was sentenced on September 9, 2016, to a term of 151 months imprisonment for Receipt and Possession of Child Pornography. Mr. Bailey was serving his sentence at the Federal Correctional Institution, Terminal Island, California.

        The Purpose of this correspondence is to provide you with the above information. However, if any additional information is required, please do not hesitate to contact me at (310) 831-8961.

                                        Sincerely,

                                        J. Engleman
                                        Warden